# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

NANCY JEAN PLUNKETT　　　　　　　　　　　　Case No.: 1-18-00477-RNO
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

　　Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:　　　　　MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | BRANCH BANKING & TRUST |
| Court Claim Number: | 01 |
| Last Four of Loan Number: | 0258/PRE ARREARS/GREENVIEW DR |
| Property Address if applicable: | 14290 GREENVIEW DRIVE, , GREENCASTLE, PA17225 |

**PART 2:　　　　　CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $75.00 |
| b. | Prepetition arrearages paid by the Trustee: | $75.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $75.00 |

**PART 3:　　　　　POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:　$0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:　UNKNOWN

**PART 4:　　　　　A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: March 24, 2021						Respectfully submitted,

							s/ Charles J. DeHart, III, Trustee
							Standing Chapter 13 Trustee
							Suite A, 8125 Adams Drive
							Hummelstown, PA  17036
							Phone:  (717) 566-6097
							Fax:  (717) 566-8313
							eMail:  dehartstaff@pamd13trustee.com

Creditor Name: BRANCH BANKING & TRUST
Court Claim Number: 01

```
CLM #    CHECK #    DATE         PRIN PAID    INT PAID    TOTAL DISB

5200     1223111    11/03/2020   $29.31       $0.00       $29.31
5200     1223944    12/10/2020   $43.25       $0.00       $43.25
5200     1225748    01/19/2021   $2.44        $0.00       $2.44
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

NANCY JEAN PLUNKETT  Case No.: 1-18-00477-RNO
 Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 24, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| STEPHEN WADE PARKER, ESQUIRE<br>MOONEY LAW<br>230 YORK STREET<br>HANOVER PA, 17331- | SERVED ELECTRONICALLY |
| BB&T<br>PO BOX 1847<br>WILSON, NC, 27894 | SERVED BY 1ST CLASS MAIL |
| NANCY JEAN PLUNKETT<br>14290 GREENVIEW DRIVE<br>GREENCASTLE, PA 17225 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 24, 2021

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com