## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

NANCY JEAN PLUNKETT　　　　　　　　　　Case No.: 1-18-00477-RNO
　　　　　　　　　　　　　　　　　　　　　　Chapter 13

　　　Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**　　　　　　　　**MORTGAGE INFORMATION**
Creditor Name:　　　　　　　　FREEDOM MORTGAGE CORPORATION
Court Claim Number:　　　　　　02
Last Four of Loan Number:　　　5430/PRE ARREARS/14290 GREEVIEW DR
Property Address if applicable:　14290 GREENVIEW DRIVE, , GREENCASTLE, PA17225

**PART 2:**　　　　　　　　**CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages:　　　　　　　　　　　　　　　　$177.44
b. Prepetition arrearages paid by the Trustee:　　　　　　　　　　$177.44
c. Amount of postpetition fees, expenses, and charges recoverable
　　Under Bankruptcy Rule 3002.1(c):　　　　　　　　　　　　　　$0.00
d. Amount of postpetition fees, expenses, and charges recoverable
　　Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:　　　$0.00
e. Allowed postpetition arrearage:　　　　　　　　　　　　　　　$0.00
f. Postpetition arrearages paid by the Trustee:　　　　　　　　　　$0.00
g. Total b, d, f:　　　　　　　　　　　　　　　　　　　　　　　$177.44

**PART 3:**　　　　　　　　**POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment:　$0.00
Next postpetition payment due:
If known, Principal Balance Outstanding:　UNKNOWN

**PART 4:**　　　　　　　　**A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: March 24, 2021                        Respectfully submitted,

                                           s/ Charles J. DeHart, III, Trustee
                                           Standing Chapter 13 Trustee
                                           Suite A, 8125 Adams Drive
                                           Hummelstown, PA 17036
                                           Phone: (717) 566-6097
                                           Fax: (717) 566-8313
                                           eMail: dehartstaff@pamd13trustee.com

Creditor Name: FREEDOM MORTGAGE CORPORATION
Court Claim Number: 02

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|-----------|----------|------------|
| 5210  | 1223325 | 11/03/2020 | $69.33    | $0.00    | $69.33     |
| 5210  | 1224218 | 12/10/2020 | $102.35   | $0.00    | $102.35    |
| 5210  | 1226005 | 01/19/2021 | $5.76     | $0.00    | $5.76      |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

NANCY JEAN PLUNKETT

Case No.: 1-18-00477-RNO
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 24, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| STEPHEN WADE PARKER, ESQUIRE<br>MOONEY LAW<br>230 YORK STREET<br>HANOVER PA, 17331- | SERVED ELECTRONICALLY |
| FREEDOM MORTGAGE CORPORATION<br>BANKRUPTCY DEPARTMENT<br>10500 KINCAID DRIVE, SUITE 300<br>FISHERS, IN, 46037 | SERVED BY 1ST CLASS MAIL |
| NANCY JEAN PLUNKETT<br>14290 GREENVIEW DRIVE<br>GREENCASTLE, PA 17225 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 24, 2021

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com