Fill in this information to identify the case:

Debtor 1    Nancy Jean Plunkett

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the: Middle    District of PA
                                              (State)

Case number    18-00477

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Branch Banking and Trust Company, now Truist

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 0 2 5 8

**Property address:** 14290 Greenview Drive
Number   Street

Greencastle    PA    17225
City          State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

**$75 Pre-Petition Arrears Paid in Full.**

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 04 / 04 / 2021
                                                              MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a. Total postpetition ongoing payments due:      (a) $ _____

   b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

   c. **Total**. Add lines a and b.      (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/_____
                   MM / DD / YYYY

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☑ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

Signature: /s/ Kaitlyn McCance
Date: 03/25/2021

Print: Kaitlyn (First Name) McCance (Last Name) — Bankruptcy Specialist

Company: BB&T, now Truist

If different from the notice address listed on the proof of claim to which this response applies:

Address: P. O. Box 1847
City: Wilson  State: NC  ZIP Code: 27894

Contact phone: (866) 813–1624
Email: bankruptcy@truist.com

CERTIFICATE OF SERVICE

Middle District of Pennsylvania

I, Kaitlyn McCance, of Branch Banking & Trust Company, now Truist, PO Box 1847, Wilson, NC 27894, do hereby certify:

That I am more than eighteen (18) years of age and:

That on the 25 day of March 2021, I served a true and exact copy of the within "RESPONSE TO NOTICE OF FINAL CURE" by United States Mail and/or electronic filing addressed to the said respondent(s) at:

Nancy Jean Plunkett
14290 Greenview Drive
Greencastle, PA 17225

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Stephen Wade Parker (Mooney Law)
230 York Street
Hanover, Pa 17331

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on 03/25/2021           By: /s/ Kaitlyn McCance
        (date)                         (signature)