| | |
|---|---|
| In re: | Case No. 18-00477-HWV |
| Nancy Jean Plunkett | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 29, 2021 | Form ID: 3180W | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy Jean Plunkett, 14290 Greenview Drive, Greencastle, PA 17225-9458 |
| cr | + | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5019991 | | BB&T Bright Credit Card, BANKCARD SERVICE CENTER, PO Box 698, Wilson, NC 27894-0698 |
| 5019993 | + | Ed Kave, 33 W Salisbury Street, Williamsport, MD 21795-1022 |
| 5019994 | + | Fred Reel, 17722 Daisy Drive, Hagerstown, MD 21740-9156 |
| 5019995 | + | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |
| 5044568 | + | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 5169381 | + | Freedom Mortgage Corporation, c/o McCalla Raymer et al, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5019996 | + | Harry Knode, 16610 Mosby Drive, Williamsport, MD 21795-1415 |
| 5019997 | + | Honorable Duane K. Cunningham, 401 South Washington Street, Greencastle, PA 17225-1337 |
| 5019998 | + | James Plunkett, 14290 Greenview Drive, Greencastle, PA 17225-9458 |
| 5020003 | + | Jim Miller, 5025 Miller Road, Glenville, PA 17329-8940 |
| 5020004 | + | Kerry Jackson, 1889 Hayfield Court, Greencastle, PA 17225-8909 |
| 5020005 | + | Marvin Printz, 18233 Lappans Road, Boonsboro, MD 21713-1916 |
| 5020007 | | Robert W. Myers, 15737 Pennsylvania Avenue, State Line, PA 17263 |
| 5020008 | + | Tom Wolfe, 39 E. Franklin Street, Hagerstown, MD 21740-4914 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bankruptcy@bbandt.com | Mar 29 2021 19:05:00 | BB&T Bankruptcy, P O Box 1847, Wilson, NC 27894 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Mar 29 2021 19:05:00 | BB&T now Truist, P.O. Box 1847, 100-50-01-51, Wilson, NC 27894-1847 |
| 5019990 | | Email/Text: bankruptcy@bbandt.com | Mar 29 2021 19:05:00 | Bb&t, Po Box 1847, Wilson, NC 27894 |
| 5019992 | | EDI: JPMORGANCHASE | Mar 29 2021 22:53:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 5020006 | + | EDI: AGFINANCE.COM | Mar 29 2021 22:53:00 | One Main, P.O. Box 742536, Cincinnati, OH 45274-2536 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5019999 | *+ | James Plunkett, 14290 Greenview Drive, Greencastle, PA 17225-9458 |
| 5020000 | *+ | James Plunkett, 14290 Greenview Drive, Greencastle, PA 17225-9458 |
| 5020001 | *+ | James Plunkett, 14290 Greenview Drive, Greencastle, PA 17225-9458 |
| 5020002 | *+ | James Plunkett, 14290 Greenview Drive, Greencastle, PA 17225-9458 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2021 at the address(es) listed below:

**Name** — **Email Address**

Charles J DeHart, III (Trustee)
TWecf@pamd13trustee.com

Craig S. Sharnetzka
on behalf of Plaintiff Doris Miller csharnetzka@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com

Craig S. Sharnetzka
on behalf of Plaintiff James Miller csharnetzka@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com

Elizabeth Haley Rohrbaugh
on behalf of Plaintiff James Miller hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com

Elizabeth Haley Rohrbaugh
on behalf of Plaintiff Doris Miller hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com

Mario John Hanyon
on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com mario.hanyon@brockandscott.com

Nicholas G. Platt
on behalf of Debtor 1 Nancy Jean Plunkett ngp@mooney4law.com plattnr61895@notify.bestcase.com

Rebecca Ann Solarz
on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

Stephen Wade Parker
on behalf of Defendant Nancy Plunkett Mooneybkecf@gmail.com R61895@notify.bestcase.com

Stephen Wade Parker
on behalf of Debtor 1 Nancy Jean Plunkett Mooneybkecf@gmail.com R61895@notify.bestcase.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Nancy Jean Plunkett<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1763<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18–bk–00477–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nancy Jean Plunkett

**By the court:** *[signature]*

3/29/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: KarenDavis, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**